IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMPHONY CORPORATION,

    Plaintiff,

    v.

SILICON VALLEY SYSTECH, INC. and
DOES 1 through 10,

    Defendant.

No. C 09-04254 JSW

**AMENDED ORDER ADMINISTRATIVELY CLOSING CASE**

On January 14, 2010, Defendant filed a petition for Chapter 7 bankruptcy. By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: January 28, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE