IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMPHONY CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>SILICON VALLEY SYSTECH, INC. and<br>DOES 1 through 10,<br><br>            Defendant.<br>_____/ | No. C 09-04254 JSW<br><br>**AMENDED ORDER<br>ADMINISTRATIVELY CLOSING<br>CASE** |

On January 14, 2010, Defendant filed a petition for Chapter 7 bankruptcy. By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: January 28, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE